1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    OMAR SHARRIEFF GAY,                        No.  2:19-cv-01471-TLN-AC

12                        Plaintiff,

13          v.                                   **ORDER**

14    JENNIFER SHAFFER, et al.,

15                        Defendants.

16

17          Plaintiff Omar Sharrieff Gay ("Plaintiff"), a state prisoner proceeding pro se, has filed this

18    civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 9, 2019, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within twenty-one days.  (ECF No. 15.)  Plaintiff

23    has filed objections to the findings and recommendations.  (ECF No. 18.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26    Court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 9, 2019 (ECF No. 15), are adopted in full; and

2. This action is DISMISSED without leave to amend for failure to state a cognizable claim.

IT IS SO ORDERED.

Dated: January 30, 2020

Troy L. Nunley
United States District Judge